# United States Court of Appeals
### For the Eighth Circuit

_____

No. 16-4221

_____

United States of America

*Plaintiff - Appellee*

v.

Tonias M. Overton

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Western District of Missouri - Kansas City

_____

Submitted: May 10, 2017
Filed: May 19, 2017
[Unpublished]

_____

Before WOLLMAN, BOWMAN, and RILEY, Circuit Judges.

_____

PER CURIAM.

Tonias Overton directly appeals the sentence the district court[1] imposed upon revoking his supervised release. His counsel has moved for leave to withdraw and has filed a brief questioning the reasonableness of Overton's revocation sentence.

After careful review of the record, we conclude the district court did not abuse its discretion in sentencing Overton. See United States v. Miller, 557 F.3d 910, 915-18 (8th Cir. 2009) (standard of review); see also United States v. Perkins, 526 F.3d 1107, 1110-11 (8th Cir. 2008) (this court reviews entire sentencing record, not merely district court's statements at hearing).

We grant counsel's motion for leave to withdraw and affirm the judgment of the district court.

_____

[1]The Honorable Brian C. Wimes, United States District Judge for the Western District of Missouri.